Armentrout et al., Appellees, *v.* Anthem Casualty Insurance Company, Appellant.

[Cite as *Armentrout v. Anthem Cas. Ins. Co.* (2001), 92 Ohio St.3d 88.]

(No. 01–296—Submitted May 30, 2001—Decided June 20, 2001.)

The discretionary appeal is allowed.

The judgment of the court of appeals is reversed on the authority of *Davidson v. Motorists Mut. Ins. Co.* (2001), 91 Ohio St.3d 262, 744 N.E.2d 713.

MOYER, C.J., F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and RESNICK, JJ., dissent.

*Robert E. Kerper, Jr.,* for appellees.

*Lane, Alton & Horst* and *Todd A. Cook,* for appellant.